DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ashley M Pascuzzi, Esq. - 272502018
GROSS POLOWY, LLC
Formed in the State of Delaware
2500 Plaza 5, Suite 2548
Jersey City, NJ 07311
(716) 204-1700
E-mail: apascuzzi@grosspolowy.com
Attorneys for Creditor MidFirst Bank

In Re:

STEVEN ECKERT
JACQUELYN ECKERT

Debtor(s).

Case No.: 19-23905-mbk

Judge: Michael B. Kaplan

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Kristen M. Cichocki:

   ☐ represent the MidFirst Bank in the above-captioned matter.

   ☒ am the secretary/ paralegal for Gross Polowy, LLC, who represents MidFirst Bank, in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself

2. On July 8, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Post-petition Mortgage Fees, Expenses, and Charges

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 8, 2022

Kristen M. Cichocki

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| STEVEN ECKERT<br>JACQUELYN ECKERT<br>8 Hyde Ln<br>Westampton, NJ 08060-3750 | Debtors | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court) |
| ALBERT RUSSO<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter Trustee | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court) |
| UNITED STATES TRUSTEE<br>Us Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court) |
| TRAVIS J. RICHARDS, ESQ.<br>Weishoff & Richards, LLC<br>141 High Street<br>Mount Holly, NJ 08060 | Debtors' Attorney | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court) |