Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–23905–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steven Eckert
8 Hyde Ln
Westampton, NJ 08060–3750

Jacquelyn Eckert
8 Hyde Ln
Westampton, NJ 08060–3750

Social Security No.:
xxx–xx–8636

xxx–xx–2024

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 10/12/22 at 09:00 AM

to consider and act upon the following:

**44** – Creditor's Certification of Default (related document:38 Order on Motion For Relief From Stay) filed by Ashley Pascuzzi on behalf of MidFirst Bank. Objection deadline is 09/14/2022. (Attachments: # 1 Exhibit Consent Order # 2 Exhibit Certification of Post–Petition Payment History # 3 Exhibit Certification of Participant Regarding Certification Non–Payment # 4 Exhibit Proposed Order # 5 Certificate of Service) (Pascuzzi, Ashley)

Dated: 9/13/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court