| | |
|---|---|
| **DISTRICT OF NEW JERSEY**<br>**UNITED STATES BANKRUPTCY COURT**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Ashley M Pascuzzi, Esq. - 272502018<br>GROSS POLOWY, LLC<br>Formed in the State of Delaware<br>2500 Plaza 5, Suite 2548<br>Jersey City, NJ 07311<br>(716) 204-1700<br>E-mail: apascuzzi@grosspolowy.com<br>Attorneys for Creditor MidFirst Bank | |
| In Re:<br><br>　　STEVEN ECKERT<br>　　JACQUELYN ECKERT<br><br>　　　　　　Debtor(s). | Case No.: 19-23905-mbk<br><br>Hearing Date: November 9, 2022<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled　　　　☐ Withdrawn

Matter: Kindly mark the Creditor's Certification of Default filed August 31, 2022 "Settled OTBS". A proposed form of Order to be submitted to Chambers.

DATED: November 4, 2022　　　　　　　MidFirst Bank

　　　　　　　　　　　　　　　　　　　/s/ Ashley M Pascuzzi
　　　　　　　　　　　　　　　　　　　Ashley M Pascuzzi, Esq. - 272502018
　　　　　　　　　　　　　　　　　　　GROSS POLOWY, LLC
　　　　　　　　　　　　　　　　　　　Formed in the State of Delaware
　　　　　　　　　　　　　　　　　　　2500 Plaza 5, Suite 2548
　　　　　　　　　　　　　　　　　　　Jersey City, NJ 07311
　　　　　　　　　　　　　　　　　　　(716) 204-1700
　　　　　　　　　　　　　　　　　　　E-Mail: apascuzzi@grosspolowy.com

*rev.8/1/15*