UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Travis J. Richards, Esq. (TR-2556)
Greenblatt Lieberman Richards & Weishoff LLC
203 High Street
Mt. Holly, NJ 08060
(609) 267-1301

In Re:

Steven Eckert
Jacquelyn Eckert

Case No.: __19-23905-MBK__

Judge: __Kaplan__

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by _____MidFirst Bank_____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (**choose one**):

   ☒ Payments have been made in the amount of $ ____3,743.07____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer):**
Debtor's wife, Jacquelyn Eckert (Co-Debtor) has been in ICU with a life-threatening issue and Debtor is unable to work while she has been hospitalized and taking care of his minor children. Debtor advises Jacquelyn is getting out of ICU and anticipates getting back to work next week. Debtor advises the balance of $940.30 can be paid by November 15, 2023.

☐ Other **(explain your answer):**

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 10/26/2023                                          /s/ Steven Eckert
                                                          Debtor's Signature

Date: 10/26/2023                                          /s/ Jacquelyn Eckert
                                                          Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*



Front

**ECKERT MECHANICAL LLC**
8 HYDE LN
WESTAMPTON, NJ 08060

353
55-136/312
046

Date: 10/9/23

Pay to the Order of: Midland Mortgage

$ 1859.71

One thousand eight hundred fifty nine — 71/100 Dollars

TD Bank
America's Most Convenient Bank

For # 005580942286

0353

⑆031201360⑆  43136000110⑈  0353

Back

Credit to Within Named Payee
Lockbox Date:      10132023 SEQ: 7814982200
>303087995> MidFirst Bank

about:blank                                                                                                                                                              2/4

**ECKERT MECHANICAL LLC**
8 HYDE LN
WESTAMPTON, NJ 08060

354
55-136/312
046

10/24/23 Date

Pay to the Order of  Midland Mortgage    $ 1883.36

One thousand eight hundred eighty three ——— 36/100  Dollars

**TD Bank**
America's Most Convenient Bank®

For 0058094228

⑆031201360⑆  43136000 10⑈  0354

---

**MIDLAND MORTGAGE**
A division of MidFirst Bank

STEVEN J ECKERT
0058094228

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not send your payments to us. Instead, you should send your payments to the Trustee.

MIDLAND MORTGAGE
PO BOX 248921
OKLAHOMA CITY OK 73124-8921

**Payment Amount**

Please tell us how to apply any additional funds. Unexplained funds first pay outstanding late charges and fees, then principal.

Payment Amount $6,413.98  Payment Date 10/01/23
$0.00 late charge will be assessed after 10/16/23

| | $ | |
|---|---|---|
| Total Payment | | 1883.36 |
| Late Charge | | . |
| Additional Principal | | . |
| Additional Escrow | | . |
| Other Fees | | . |
| Total Amount Enclosed | | 1883.36 |

*If you are sending us a payment, Please do not send cash or correspondence with any payments, and make checks payable to Midland Mortgage.*



0100580942281437613143761314376131437613b