UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Travis J. Richards, Esq. (TR-2556)
Greenblatt, Lieberman, Richards & Weishoff LLC
203 High Street
Mt. Holly, NJ 08060
(60) 267-1301

In Re:

Steven Eckert
Jacquelyn Eckert

Case No.: 19-23905-MBK
Chapter: 13
Adv. No.:
Hearing Date: November 9, 2023
Judge: Kaplan

## CERTIFICATION OF SERVICE

1. I, _____Shirley McGovern_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Travis J. Richards, Esq.__, who represents __Steven & Jacquelyn Eckert__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____October 26, 2023_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Debtor's Certification in Opposition to Certification of Default together with copies of 2 checks

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/26/2023

/s/ Shirley McGovern
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>PO Box 4853<br>Trenton, NJ 08650 | Chapter Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ashley M. Pascuzzi Esq.<br>Gross Polowy, LLC<br>2500 Plaza 5, Ste. 2548<br>Jersey City, NJ 07311 | Attorney for MidFirst Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |