UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Travis J. Richards, Esq. (TR-2556)**
**Weishoff & Richards, LLC**
**141 High Street**
**Mount Holly, New Jersey 08060**
**(609) 267-1301**

| In Re:<br><br>Steven Eckert and Jacquelyn Eckert | Case No.: 19-23905-MBK<br><br>Chapter: 13<br><br>Hearing Date: November 9, 2023<br><br>Judge: Kaplan |
|---|---|

## WITHDRAWAL OF DOCUMENT

1. I, Travis J. Richards, Esq.:

    **I** represent Steven Eckert and Jacquelyn Eckert, the movants in this matter.

2. On October 26, 2023, my office inadvertently filed the Chapter 13 Debtor's Certification in Opposition (#62) and Certification of Service (#63) in this matter.

3. Accordingly, please accept this as my request that the Debtor's Certification in Opposition listed as Number 62 and Certification of Services as listed as Number 63 be withdrawn.

4. I certify under penalty of perjury that the above is true.

Date:   October 26, 2023          Signature   _____
                                              Travis J. Richards, Esq.