Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19–23905–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven Eckert | Jacquelyn Eckert |
| 8 Hyde Ln | 8 Hyde Ln |
| Westampton, NJ 08060–3750 | Westampton, NJ 08060–3750 |

Social Security No.:
   xxx–xx–8636                                                        xxx–xx–2024

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 11/22/23 at 09:00 AM

to consider and act upon the following:

*60* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 11/1/2023. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 10/26/23

                                                                Jeanne Naughton
                                                                Clerk, U.S. Bankruptcy Court