| |
|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Ashley M Pascuzzi - 272502018<br>GROSS POLOWY LLC<br>Formed in the State of Delaware<br>95 Mount Bethel Road, Suite 3<br>Warren, NJ 07059<br>(716) 204-1700<br>E-mail: apascuzzi@grosspolowy.com<br>Attorneys for Creditor MidFirst Bank |

In Re:

    STEVEN ECKERT
    JACQUELYN ECKERT

            Debtor(s).

Case No.: 19-23905-mbk

Hearing Date: November 22, 2023

Judge: Michael B. Kaplan

Chapter: 13

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Kindly mark the Creditor's Certification of Default filed October 12, 2023 as document no. 59,"Settled OTBS". A proposed form of Order has been submitted to Chambers.

DATED: December 12, 2023      MidFirst Bank

                                                     */s/ Ashley M Pascuzzi*
                                                   Ashley M Pascuzzi- 272502018
                                                   GROSS POLOWY LLC
                                                   Formed in the State of Delaware
                                                   95 Mount Bethel Road, Suite 3
                                                   Warren, NJ 07059
                                                   (716) 204-1700
                                                   E-Mail: apascuzzi@grosspolowy.com

*rev.8/1/15*