Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−23905−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven Eckert | Jacquelyn Eckert |
| 8 Hyde Ln | 8 Hyde Ln |
| Westampton, NJ 08060−3750 | Westampton, NJ 08060−3750 |

Social Security No.:
   xxx−xx−8636                                              xxx−xx−2024

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/24/24 at 09:00 AM

to consider and act upon the following:

*77* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 7/12/2024. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 7/10/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court
