UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Travis J. Richards, Esq. (TR-2556)
Greenblatt Lieberman Richards & Weishoff LLC
203 High Street
Mt. Holly, NJ 08060 '(609) 267-1301

In Re:

Steven Eckert
Jacquelyn Eckert

Case No.: __19-23905-MBK__

Judge: __Kaplan__

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by _____MidFirst Bank_____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

.

☒ **Other (explain your answer):**
December 2023 payment of $1883.36 was made by Debtor on 12/5/23 and deposited 12/12/23. Documentation in support is attached.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 7/16/2024                                   /s/ Steven Eckert
                                                  Debtor's Signature

Date: 7/16/2024                                   /s/ Jacquelyn Eckert
                                                  Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



ECKERT MECHANICAL LLC

STATEMENT OF ACCOUNT

Page: 4 of 4
Statement Period: Dec 01 2023-Dec 31 2023
Cust Ref #: 4313600010-713-E-***
Primary Account #: 431-3600010

#357    12/12    $1,883.36


