Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−23905−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Steven Eckert                                              Jacquelyn Eckert
   8 Hyde Ln                                                       8 Hyde Ln
   Westampton, NJ 08060−3750                Westampton, NJ 08060−3750

Social Security No.:
   xxx−xx−8636                                                  xxx−xx−2024

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/14/24 at 09:00 AM

to consider and act upon the following:

*79* − Creditor's Certification of Default (related document:74 Order Resolving Creditor's Certification of Default) filed by Ashley Pascuzzi on behalf of MidFirst Bank. Objection deadline is 07/17/2024. (Attachments: # 1 Cetification of Default # 2 Certification of Payment History # 3 Filed NOPC's # 4 Certification of Non Payment # 5 Proposed Order # 6 Certificate of Service) (Pascuzzi, Ashley)

Dated: 7/16/24

                                                                             Jeanne Naughton
                                                                             Clerk, U.S. Bankruptcy Court