Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−23905−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steven Eckert
8 Hyde Ln
Westampton, NJ 08060−3750

Jacquelyn Eckert
8 Hyde Ln
Westampton, NJ 08060−3750

Social Security No.:
   xxx−xx−8636                                                          xxx−xx−2024

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/14/24 at 09:00 AM

to consider and act upon the following:

**79** − Creditor's Certification of Default (related document:74 Order Resolving Creditor's Certification of Default) filed by Ashley Pascuzzi on behalf of MidFirst Bank. Objection deadline is 07/17/2024. (Attachments: # 1 Cetification of Default # 2 Certification of Payment History # 3 Filed NOPC's # 4 Certification of Non Payment # 5 Proposed Order # 6 Certificate of Service) (Pascuzzi, Ashley)

Dated: 7/16/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-23905-MBK |
| Steven Eckert | Chapter 13 |
| Jacquelyn Eckert | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 16, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| jdb | Jacquelyn Eckert, 8 Hyde Ln, Westampton, NJ 08060-3750 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Ashley Pascuzzi | on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lynn Therese Nolan | on behalf of Creditor MidFirst Bank LynnNolan@SilvermanGroup.net lnolan@grosspolowy.com |
| Marisa Myers Cohen | on behalf of Creditor Pingora Loan Servicing  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Melissa S DiCerbo | on behalf of Creditor Flagstar Bank  FSB as servicer for Pingora Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

Travis J. Richards
    on behalf of Debtor Steven Eckert richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal

Travis J. Richards
    on behalf of Creditor MidFirst Bank richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal

Travis J. Richards
    on behalf of Trustee Albert Russo richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal

Travis J. Richards
    on behalf of Joint Debtor Jacquelyn Eckert richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12