Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−23905−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven Eckert | Jacquelyn Eckert |
| 8 Hyde Ln | 8 Hyde Ln |
| Westampton, NJ 08060−3750 | Westampton, NJ 08060−3750 |

Social Security No.:
  xxx−xx−8636                                             xxx−xx−2024

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on July 24, 2024.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 24, 2024
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 19-23905-MBK

Steven Eckert                                                                              Chapter 13

Jacquelyn Eckert

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: 148 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Steven Eckert, Jacquelyn Eckert, 8 Hyde Ln, Westampton, NJ 08060-3750 |
| 518357280 | | Advocare Atrium Pediatrics, 301 Old Marlton Pike W # 1, Marlton, NJ 08053 |
| 518357283 | | Barron Emergency Physicians, 1140 Route 72 W, Manahawkin, NJ 08050-2412 |
| 518357286 | | Cooks Motors Auto Sales, 2050 Burlington-Mount Holly Rd, Westampton, NJ 08060 |
| 518357289 | | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 518357293 | | Imaging Assoc PA Lourdes, 231 Van Sciver Pkwy, Willingboro, NJ 08046-1132 |
| 518357304 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempoe LLC, 720 E Pete Rose Way Ste 400, Cincinnati, OH 45202-3576 |
| 518357305 | | Tri-County Emerg. Phys. LLC, 1600 E High St, Pottstown, PA 19464-5008 |
| 518521163 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 24 2024 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 24 2024 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518357282 | | Email/Text: collectors@arresourcesinc.com | Jul 24 2024 20:40:00 | AR Resources Inc, PO Box 1056, Blue Bell, PA 19422-0287 |
| 518357281 | ^ | MEBN | Jul 24 2024 20:37:36 | Amerifinancial Solutio, PO Box 65018, Baltimore, MD 21264-5018 |
| 518404634 | + | EDI: AIS.COM | Jul 25 2024 00:31:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518357284 | | EDI: CAPITALONE.COM | Jul 25 2024 00:31:00 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518454743 | | Email/PDF: bncnotices@becket-lee.com | Jul 24 2024 20:52:19 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518357285 | | EDI: WFNNB.COM | Jul 25 2024 00:31:00 | Comenity Capital Bank, 1 Righter Pkwy Ste 100, Wilmington, DE 19803-1533 |
| 518357287 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 24 2024 20:52:16 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518367049 | | EDI: DISCOVER | Jul 25 2024 00:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518357288 | | EDI: DISCOVER | Jul 25 2024 00:31:00 | Discover Fin Svcs LLC, PO Box 15316, |

Case 19-23905-MBK    Doc 90    Filed 07/26/24    Entered 07/27/24 00:18:18    Desc Imaged
                       Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: 148 | Total Noticed: 52 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Wilmington, DE 19850-5316 |
| 518458387 | | Email/Text: BNCnotices@dcmservices.com | Jul 24 2024 20:40:00 | EMERGENCY PHYSICIAN ASSOCIATES OF S.JERSEY,PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518458373 | | Email/Text: BNCnotices@dcmservices.com | Jul 24 2024 20:40:00 | EMERGENCY PHYSICIAN SERVICES OF NJ PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518357290 | | Email/Text: rj@ffcc.com | Jul 24 2024 20:39:00 | First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122-5647 |
| 518357291 | | Email/Text: cashiering-administrationservices@flagstar.com | Jul 24 2024 20:40:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 518357292 | | EDI: LCIICSYSTEM | Jul 25 2024 00:31:00 | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518357294 | | EDI: IRS.COM | Jul 25 2024 00:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518357295 | | EDI: JEFFERSONCAP.COM | Jul 25 2024 00:31:00 | Jefferson Capital Syst, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 518432846 | | EDI: JEFFERSONCAP.COM | Jul 25 2024 00:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518357296 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 24 2024 20:39:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 518424312 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2024 20:52:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518357297 | | Email/Text: camanagement@mtb.com | Jul 24 2024 20:40:00 | M&T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 518465485 | + | Email/Text: camanagement@mtb.com | Jul 24 2024 20:40:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 518714050 | + | EDI: AISMIDFIRST | Jul 25 2024 00:31:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518714049 | + | EDI: AISMIDFIRST | Jul 25 2024 00:31:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518357298 | | Email/Text: bankruptcydpt@mcmcg.com | Jul 24 2024 20:40:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 518444515 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 24 2024 20:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518357299 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 24 2024 20:39:00 | New Jersey Divsion of Taxation, Bankruptcy Unit 50 Barrack Street, 9th F, PO Box 245, Trenton, NJ 08695-0245 |
| 518388395 | | EDI: AGFINANCE.COM | Jul 25 2024 00:31:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 518357300 | | EDI: AGFINANCE.COM | Jul 25 2024 00:31:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 518796033 | | EDI: PRA.COM | Jul 25 2024 00:31:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518796034 | | EDI: PRA.COM | Jul 25 2024 00:31:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518474347 | | EDI: PRA.COM | Jul 25 2024 00:31:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518466202 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 24 2024 20:52:36 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518477695 | | ^ MEBN | Jul 24 2024 20:36:36 | Pingora Loan Servicing, LLC, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518448361 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 24 2024 20:39:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518424057 | + | Email/Text: bankruptcy@bbandt.com | Jul 24 2024 20:40:00 | SunTrust Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 518357301 | | Email/Text: bankruptcy@bbandt.com | Jul 24 2024 20:40:00 | Suntrust Bank, PO Box 85526, Richmond, VA 23285-5526 |
| 518357302 | | EDI: SYNC | Jul 25 2024 00:31:00 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 518358959 | | ^ MEBN | Jul 24 2024 20:39:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518357303 | | EDI: TDBANKNORTH.COM | Jul 25 2024 00:31:00 | Td Bank N.A., 32 Chestnut St, Lewiston, ME 04240-7744 |
| 519850886 | + | Email/Text: EBN@edfinancial.com | Jul 24 2024 20:39:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 518357306 | | Email/Text: webadmin@vhllc.co | Jul 24 2024 20:40:00 | Vance & Huffman LLC, 55 Monette Pkwy Ste 100, Smithfield, VA 23430-2577 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518388394 | | BK-FILED POC, ZIPPED DOCS AND SAVED COMP POC FOLDER |
| 518455256 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2024                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |

| | |
|---|---|
| | docs@russotrustee.com |
| Ashley Pascuzzi | on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lynn Therese Nolan | on behalf of Creditor MidFirst Bank LynnNolan@SilvermanGroup.net lnolan@grosspolowy.com |
| Marisa Myers Cohen | on behalf of Creditor Pingora Loan Servicing LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Melissa S DiCerbo | on behalf of Creditor Flagstar Bank FSB as servicer for Pingora Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Travis J. Richards | on behalf of Creditor MidFirst Bank richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal |
| Travis J. Richards | on behalf of Trustee Albert Russo richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal |
| Travis J. Richards | on behalf of Joint Debtor Jacquelyn Eckert richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal |
| Travis J. Richards | on behalf of Debtor Steven Eckert richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12