Form ntcrics − ntcreincsv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.: 19−23905−MBK
           Chapter: 13
           Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Steven Eckert                                Jacquelyn Eckert
   8 Hyde Ln                                           8 Hyde Ln
   Westampton, NJ 08060−3750          Westampton, NJ 08060−3750

Social Security No.:
   xxx−xx−8636                                        xxx−xx−2024

Employer's Tax I.D. No.:

## NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE

    Notice is hereby given that an order vacating dismissal of this case was entered on 9/11/24. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

    The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: September 11, 2024
JAN: wiq

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-23905-MBK
Steven Eckert  Chapter 13
Jacquelyn Eckert
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: Sep 11, 2024     Form ID: ntcrics     Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Steven Eckert, Jacquelyn Eckert, 8 Hyde Ln, Westampton, NJ 08060-3750 |
| 518357280 | | Advocare Atrium Pediatrics, 301 Old Marlton Pike W # 1, Marlton, NJ 08053 |
| 518357283 | | Barron Emergency Physicians, 1140 Route 72 W, Manahawkin, NJ 08050-2412 |
| 518357286 | | Cooks Motors Auto Sales, 2050 Burlington-Mount Holly Rd, Westampton, NJ 08060 |
| 518357289 | | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 518357293 | | Imaging Assoc PA Lourdes, 231 Van Sciver Pkwy, Willingboro, NJ 08046-1132 |
| 518357304 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempoe LLC, 720 E Pete Rose Way Ste 400, Cincinnati, OH 45202-3576 |
| 518357305 | | Tri-County Emerg. Phys. LLC, 1600 E High St, Pottstown, PA 19464-5008 |
| 518521163 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 11 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 11 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518357282 | | Email/Text: collectors@arresourcesinc.com | Sep 11 2024 20:47:00 | AR Resources Inc, PO Box 1056, Blue Bell, PA 19422-0287 |
| 518357281 | ^ | MEBN | Sep 11 2024 20:44:44 | Amerifinancial Solutio, PO Box 65018, Baltimore, MD 21264-5018 |
| 518404634 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 11 2024 20:53:25 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518357284 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2024 20:53:08 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518454743 | | Email/PDF: bncnotices@becket-lee.com | Sep 11 2024 20:53:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518357285 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 11 2024 20:48:00 | Comenity Capital Bank, 1 Righter Pkwy Ste 100, Wilmington, DE 19803-1533 |
| 518357287 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 11 2024 20:53:15 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518367049 | | Email/Text: mrdiscen@discover.com | Sep 11 2024 20:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518357288 | | Email/Text: mrdiscen@discover.com | Sep 11 2024 20:46:00 | Discover Fin Svcs LLC, PO Box 15316, |

Case 19-23905-MBK    Doc 98    Filed 09/13/24    Entered 09/14/24 00:17:53    Desc Imaged
                                 Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Sep 11, 2024 | Form ID: ntcrics | Total Noticed: 52 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Wilmington, DE 19850-5316 |
| 518458387 | | Email/Text: BNCnotices@dcmservices.com | Sep 11 2024 20:47:00 | EMERGENCY PHYSICIAN ASSOCIATES OF S.JERSEY,PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518458373 | | Email/Text: BNCnotices@dcmservices.com | Sep 11 2024 20:47:00 | EMERGENCY PHYSICIAN SERVICES OF NJ PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518357290 | | Email/Text: rj@ffcc.com | Sep 11 2024 20:46:00 | First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122-5647 |
| 518357291 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 11 2024 20:49:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 518357292 | | Email/Text: Bankruptcy@ICSystem.com | Sep 11 2024 20:47:00 | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518357294 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 11 2024 20:48:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518357295 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 11 2024 20:48:00 | Jefferson Capital Syst, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 518432846 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 11 2024 20:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518357296 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 11 2024 20:46:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 518424312 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2024 20:53:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518357297 | | Email/Text: camanagement@mtb.com | Sep 11 2024 20:48:00 | M&T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 518465485 | + | Email/Text: camanagement@mtb.com | Sep 11 2024 20:48:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 518714050 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 11 2024 21:03:51 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518714049 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 11 2024 20:53:37 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518357298 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 11 2024 20:48:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 518444515 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 11 2024 20:48:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518357299 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 11 2024 20:47:00 | New Jersey Divsion of Taxation, Bankruptcy Unit 50 Barrack Street, 9th F, PO Box 245, Trenton, NJ 08695-0245 |
| 518388395 | | Email/PDF: cbp@omf.com | Sep 11 2024 20:53:15 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 518357300 | | Email/PDF: cbp@omf.com | Sep 11 2024 20:53:34 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 518796033 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 11 2024 20:53:32 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518796034 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 11 2024 20:53:25 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518474347 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 11 2024 21:03:58 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518466202 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
|  |  |  | Sep 11 2024 20:53:01 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518477695 | ^ | MEBN |  |  |
|  |  |  | Sep 11 2024 20:42:34 | Pingora Loan Servicing, LLC, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518448361 |  | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov |  |  |
|  |  |  | Sep 11 2024 20:47:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518424057 | + | Email/Text: bankruptcy@bbandt.com |  |  |
|  |  |  | Sep 11 2024 20:48:00 | SunTrust Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 518357301 |  | Email/Text: bankruptcy@bbandt.com |  |  |
|  |  |  | Sep 11 2024 20:48:00 | Suntrust Bank, PO Box 85526, Richmond, VA 23285-5526 |
| 518357302 |  | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |
|  |  |  | Sep 11 2024 20:53:29 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 518358959 | ^ | MEBN |  |  |
|  |  |  | Sep 11 2024 20:43:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518357303 |  | Email/Text: bankruptcy@td.com |  |  |
|  |  |  | Sep 11 2024 20:48:00 | Td Bank N.A., 32 Chestnut St, Lewiston, ME 04240-7744 |
| 518521163 | ^ | MEBN |  |  |
|  |  |  | Sep 11 2024 20:45:09 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 519850886 | + | Email/Text: EBN@edfinancial.com |  |  |
|  |  |  | Sep 11 2024 20:47:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 518357306 |  | Email/Text: webadmin@vhllc.co |  |  |
|  |  |  | Sep 11 2024 20:49:00 | Vance & Huffman LLC, 55 Monette Pkwy Ste 100, Smithfield, VA 23430-2577 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518388394 |  | BK-FILED POC, ZIPPED DOCS AND SAVED COMP POC FOLDER |
| 518455256 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 11, 2024 | Form ID: ntcrics | Total Noticed: 52 |

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Ashley Pascuzzi
    on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com

Denise E. Carlon
    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Lynn Therese Nolan
    on behalf of Creditor MidFirst Bank LynnNolan@SilvermanGroup.net lnolan@grosspolowy.com

Marisa Myers Cohen
    on behalf of Creditor Pingora Loan Servicing LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Melissa S DiCerbo
    on behalf of Creditor Flagstar Bank FSB as servicer for Pingora Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Travis J. Richards
    on behalf of Creditor MidFirst Bank richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal

Travis J. Richards
    on behalf of Trustee Albert Russo richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal

Travis J. Richards
    on behalf of Joint Debtor Jacquelyn Eckert richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal

Travis J. Richards
    on behalf of Debtor Steven Eckert richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12