UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Travis J. Richards, Esq. (TR-2556)
Greenblatt, Lieberman, Richards & Weishoff, LLC
203 High Street
Mount Holly, NJ 08060
Tel: 609-267-1301
Fax: 609-267-1305
Email: Richardslegal@yahoo.com

Order Filed on September 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Steven Eckert and Jacquelyn Eckert

Case No.: 19-23905

Chapter: 13

Judge: Michael Kaplan

## ORDER ON MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 11, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

☒ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2. until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to _____ at _____.

☐ ORDERED that the motion to vacate order dismissing case is denied.

☒ ORDERED (Other): Debtors' attorney is holding $8,372.00 in certified funds and shall be immediately tendered to the Trustee.

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service* in accordance with D.N.J. LBR 9024-1(b).

*rev. 8/1/2023*

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 19-23905-MBK
Steven Eckert     Chapter 13
Jacquelyn Eckert
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Sep 11, 2024     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Steven Eckert, Jacquelyn Eckert, 8 Hyde Ln, Westampton, NJ 08060-3750 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Ashley Pascuzzi | on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lynn Therese Nolan | on behalf of Creditor MidFirst Bank LynnNolan@SilvermanGroup.net lnolan@grosspolowy.com |
| Marisa Myers Cohen | on behalf of Creditor Pingora Loan Servicing LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Melissa S DiCerbo | on behalf of Creditor Flagstar Bank FSB as servicer for Pingora Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 11, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Travis J. Richards
    on behalf of Joint Debtor Jacquelyn Eckert richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal

Travis J. Richards
    on behalf of Debtor Steven Eckert richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal

Travis J. Richards
    on behalf of Creditor MidFirst Bank richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal

Travis J. Richards
    on behalf of Trustee Albert Russo richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12