Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–23905–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steven Eckert
8 Hyde Ln
Westampton, NJ 08060–3750

Jacquelyn Eckert
8 Hyde Ln
Westampton, NJ 08060–3750

Social Security No.:
  xxx–xx–8636                                             xxx–xx–2024

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

   TO: Steven Eckert and Jacquelyn Eckert
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: October 15, 2024
JAN: mrg

Jeanne Naughton, Clerk