| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Steven Eckert<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8636<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jacquelyn Eckert<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2024<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–23905–MBK | | |

## Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven Eckert                                    Jacquelyn Eckert

12/12/24                                         **By the court:** Michael B. Kaplan
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Steven Eckert  
Jacquelyn Eckert  
    Debtors

Case No. 19-23905-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 12, 2024 | Form ID: 3180W | Total Noticed: 53 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Steven Eckert, Jacquelyn Eckert, 8 Hyde Ln, Westampton, NJ 08060-3750 |
| 518357280 | | Advocare Atrium Pediatrics, 301 Old Marlton Pike W # 1, Marlton, NJ 08053 |
| 518357283 | | Barron Emergency Physicians, 1140 Route 72 W, Manahawkin, NJ 08050-2412 |
| 518357286 | | Cooks Motors Auto Sales, 2050 Burlington-Mount Holly Rd, Westampton, NJ 08060 |
| 518357289 | | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 518357293 | | Imaging Assoc PA Lourdes, 231 Van Sciver Pkwy, Willingboro, NJ 08046-1132 |
| 518357304 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempoe LLC, 720 E Pete Rose Way Ste 400, Cincinnati, OH 45202-3576 |
| 518357305 | | Tri-County Emerg. Phys. LLC, 1600 E High St, Pottstown, PA 19464-5008 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 12 2024 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 12 2024 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518357282 | | Email/Text: collectors@arresourcesinc.com | Dec 12 2024 21:11:00 | AR Resources Inc, PO Box 1056, Blue Bell, PA 19422-0287 |
| 518357281 | ^ | MEBN | Dec 12 2024 20:57:08 | Amerifinancial Solutio, PO Box 65018, Baltimore, MD 21264-5018 |
| 518404634 | + | EDI: AIS.COM | Dec 13 2024 01:41:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518357284 | | EDI: CAPITALONE.COM | Dec 13 2024 01:41:00 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518454743 | | Email/PDF: bncnotices@becket-lee.com | Dec 12 2024 21:17:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518357285 | | EDI: WFNNB.COM | Dec 13 2024 01:41:00 | Comenity Capital Bank, 1 Righter Pkwy Ste 100, Wilmington, DE 19803-1533 |
| 518357287 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 12 2024 21:17:45 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518367049 | | EDI: DISCOVER | Dec 13 2024 01:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518357288 | | EDI: DISCOVER | Dec 13 2024 01:41:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518458387 | | Email/Text: BNCnotices@dcmservices.com | Dec 12 2024 21:12:00 | EMERGENCY PHYSICIAN ASSOCIATES OF S.JERSEY,PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518458373 | | Email/Text: BNCnotices@dcmservices.com | Dec 12 2024 21:12:00 | EMERGENCY PHYSICIAN SERVICES OF NJ PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518357290 | | Email/Text: rj@ffcc.com | Dec 12 2024 21:10:00 | First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122-5647 |
| 518357291 | | Email/Text: servicingmailhub@flagstar.com | Dec 12 2024 21:13:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 518357292 | | EDI: LCIICSYSTEM | Dec 13 2024 01:41:00 | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518357294 | | EDI: IRS.COM | Dec 13 2024 01:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518357295 | | EDI: JEFFERSONCAP.COM | Dec 13 2024 01:41:00 | Jefferson Capital Syst, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 518432846 | | EDI: JEFFERSONCAP.COM | Dec 13 2024 01:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518357296 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 12 2024 21:10:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 518424312 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2024 21:17:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518357297 | | Email/Text: camanagement@mtb.com | Dec 12 2024 21:12:00 | M&T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 518465485 | + | Email/Text: camanagement@mtb.com | Dec 12 2024 21:12:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 518714050 | + | EDI: AISMIDFIRST | Dec 13 2024 01:41:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518714049 | + | EDI: AISMIDFIRST | Dec 13 2024 01:41:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 520449454 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 12 2024 21:13:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 518357298 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 12 2024 21:13:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 518444515 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 12 2024 21:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518357299 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 12 2024 21:11:00 | New Jersey Divsion of Taxation, Bankruptcy Unit 50 Barrack Street, 9th F, PO Box 245, Trenton, NJ 08695-0245 |
| 518388395 | | EDI: AGFINANCE.COM | Dec 13 2024 01:41:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 518357300 | | EDI: AGFINANCE.COM | Dec 13 2024 01:41:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 518796033 | | EDI: PRA.COM | Dec 13 2024 01:41:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518796034 | | EDI: PRA.COM | Dec 13 2024 01:41:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518474347 | | EDI: PRA.COM | Dec 13 2024 01:41:00 | Portfolio Recovery Associates, LLC, c/o |

Case 19-23905-MBK    Doc 109    Filed 12/14/24    Entered 12/15/24 00:19:27    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: 3180W | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518466202 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2024 21:17:37 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518477695 | ^ | MEBN | Dec 12 2024 20:55:24 | Pingora Loan Servicing, LLC, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518448361 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 12 2024 21:11:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518424057 | + | Email/Text: bankruptcy@bbandt.com | Dec 12 2024 21:12:00 | SunTrust Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 518357301 | | Email/Text: bankruptcy@bbandt.com | Dec 12 2024 21:12:00 | Suntrust Bank, PO Box 85526, Richmond, VA 23285-5526 |
| 518357302 | | EDI: SYNC | Dec 13 2024 01:41:00 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 518358959 | ^ | MEBN | Dec 12 2024 20:58:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518357303 | | EDI: TDBANKNORTH.COM | Dec 13 2024 01:41:00 | Td Bank N.A., 32 Chestnut St, Lewiston, ME 04240-7744 |
| 518521163 | ^ | MEBN | Dec 12 2024 20:58:29 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 519850886 | + | Email/Text: EBN@edfinancial.com | Dec 12 2024 21:11:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 518357306 | | Email/Text: webadmin@vhllc.co | Dec 12 2024 21:13:00 | Vance & Huffman LLC, 55 Monette Pkwy Ste 100, Smithfield, VA 23430-2577 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518388394 | | BK-FILED POC, ZIPPED DOCS AND SAVED COMP POC FOLDER |
| 518455256 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 14, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Dec 12, 2024 | Form ID: 3180W | Total Noticed: 53

**below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Ashley Pascuzzi | on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lynn Therese Nolan | on behalf of Creditor MidFirst Bank LynnNolan@SilvermanGroup.net lnolan@grosspolowy.com |
| Marisa Myers Cohen | on behalf of Creditor Pingora Loan Servicing  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Melissa S DiCerbo | on behalf of Creditor Flagstar Bank  FSB as servicer for Pingora Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Travis J. Richards | on behalf of Creditor MidFirst Bank richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal |
| Travis J. Richards | on behalf of Trustee Albert Russo richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal |
| Travis J. Richards | on behalf of Joint Debtor Jacquelyn Eckert richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal |
| Travis J. Richards | on behalf of Debtor Steven Eckert richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12